United States Bankruptcy Court
Middle District of Pennsylvania

In re: __Patricia A. Clarkson__
Debtor(s)

Case No. __5:23-bk-00137__
Chapter __13__

## CERTIFICATE OF SERVICE

I hereby certify that on __February 6, 2023__, a copy of __Objection to POC #1 of Cach, LLC, Notice of Objection and proposed Order__ was served electronically or by regular United States mail to the creditor listed below.

**CACH, LLC**
**c/o Resurgent Capital Services**
**P.O. Box 10587**
**Greenville, SC 29603-0587**

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979