# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  Patricia A. Clarkson                                  Case No.  5:23-bk-00137
                        Debtor(s)                            Chapter   13

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, a copy of **Order Confirming Amended Chapter 13 plan Doc #29 dated August 11, 2023** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

All parties on attached "Exhibit A"

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979

| Label Matrix for local noticing | United States Trustee | U.S. Bankruptcy Court |
|---|---|---|
| 0314-5 | US Courthouse | Max Rosenn U.S. Courthouse |
| Case 5:23-bk-00137-MJC | 1501 N. 6th St | 197 South Main Street |
| Middle District of Pennsylvania | Harrisburg, PA 17102-1104 | Wilkes-Barre, PA 18701-1500 |
| Wilkes-Barre | | |
| Tue Aug 15 09:56:44 EDT 2023 | | |
| CACH, LLC | KML Law Group, P.C. | (p)MET ED FIRST ENERGY |
| Resurgent Capital Services | Ste 5000 - BNY Independence Center | 101 CRAWFORD CORNER RD |
| PO Box 10587 | 701 Market St | BLDG 1 SUITE 1-511 |
| Greenville, SC 29603-0587 | Philadelphia, PA 19106-1541 | HOLMDEL NJ 07733-1976 |
| Metropolitan Edison Company | PNC Bank National Assoc. | (p)PNC BANK RETAIL LENDING |
| 101 Crawford's Corner Road | 3232 Newmark Drive | P O BOX 94982 |
| Building 1 Suite 1-511 | Miamisburg, OH 45342-5421 | CLEVELAND OH 44101-4982 |
| Holmdel, NJ 07733-1976 | | |
| (p)JACK N ZAHAROPOULOS | Patricia A. Clarkson | Timothy B. Fisher II |
| ATTN CHAPTER 13 TRUSTEE | 791 Dancing Ridge Road | Fisher and Fisher Law Offices |
| 8125 ADAMS DRIVE SUITE A | East Stroudsburg, PA 18302-7965 | PO Box 396 |
| HUMMELSTOWN PA 17036-8625 | | 525 Main Street |
| | | Gouldsboro, PA 18424-8838 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Met-Ed | PNC Bank, NA. | Jack N Zaharopoulos |
|---|---|---|
| P.O. Box 16001 | Attn: Bankruptcy Dept. | Standing Chapter 13 |
| Reading, PA 19612-8001 | 3232 Newmark Drive | (Trustee) |
| | Miamisburg, OH 45342 | 8125 Adams Drive, Suite A |
| | | Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)PNC BANK, NATIONAL ASSOCIATION | End of Label Matrix | |
|---|---|---|
| | Mailable recipients | 11 |
| | Bypassed recipients | 1 |
| | Total | 12 |