Certificate Number: 03088-PAM-DE-038499446

Bankruptcy Case Number: 23-00137


03088-PAM-DE-038499446

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 21, 2024, at 4:30 o'clock PM CDT, Patricia A Clarkson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 21, 2024

By: /s/Maria Arreguin

Name: Maria Arreguin

Title: Counselor